# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 09-3087**                       **September Term, 2013**

FILED ON: NOVEMBER 8, 2013

UNITED STATES OF AMERICA,
            APPELLEE

v.

LONNELL GLOVER,
            APPELLANT

Consolidated with 10-3048, 10-3066

Appeals from the United States District Court
for the District of Columbia
(No. 1:09-cr-00129)

Before: BROWN, *Circuit Judge*, and EDWARDS and SILBERMAN, *Senior Circuit Judges*

### J U D G M E N T

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the convictions of the District Court appealed from in these causes be reversed and be remanded for a new trial, in accordance with the opinion of the court filed herein this date.

#### Per Curiam

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

BY:     /s/
        Jennifer M. Clark
        Deputy Clerk

Date: November 8, 2013

Opinion for the court filed by Senior Circuit Judge Silberman.